UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNOLD COLEMAN

       Plaintiff,                CASE NO.  04-74782

v.                                  PAUL D. BORMAN
                                  UNITED STATES DISTRICT JUDGE

COMMISSIONER OF
SOCIAL SECURITY

       Defendant.
_____/

## JUDGMENT

On this date, the Court accepted the Report and Recommendation of Magistrate Judge Virginia M. Morgan .

Therefore, a judgment shall be entered in favor of the Defendant, <u>Commissioner of Social Security</u> and against the Plaintiff <u>Arnold Coleman</u>, .

DATED: 8/11/05                                DAVID J. WEAVER
                                                  CLERK OF COURT


                                                  s/_____
                                                  JONIE PARKER
                                                  DEPUTY CLERK

cc: Deri T. Thomas, Ronald D. Glotta